**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Richard A. Dinder                                          CHAPTER 13
        Janet E. Dinder

                  Debtor(s)                              BKY. NO. 20-12966 pmm

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Toyota Motor Credit Corporation and index same on the master mailing list.

                                            Respectfully submitted,
                                          **/s/ Rebecca A. Solarz Esquire**
                                          Rebecca A Solarz, Esquire
                                          Kevin G. McDonald, Esquire
                                          KML Law Group, P.C.
                                          701 Market Street, Suite 5000
                                          Philadelphia, PA 19106-1532
                                          (215) 627-1322