**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                              :
    RICHARD A. DINDER              :    Bankruptcy No.  20-12966
    JANET E. DINDER,               :    Chapter 13
                                                    :
    Debtors                        :

**CERTIFICATION OF NO PAYMENT ADVICES**

    I, Richard A. Dinder hereby certify that within sixty (60) days before the date of filing the above-captioned bankruptcy petition, I did not receive payment advices (e.g. "pay stubs"), as contemplated by 11 U.S.C. §521(a)(1)(B)(iv), **from any source of employment.**  I further certify that I received no payment advices during that period because:

    ____    I have been unable to work due to a disability throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

     X     I have received no regular income other than Social Security payments throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

    ____    My sole source of regular employment income throughout the sixty (60) days immediately preceding the date of the above-captioned petition has been through self-employment from which I do not receive evidence of wages or a salary at fixed intervals.   (I receive commission checks - not on a regular basis)

    ____    I have been unemployed throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

    ____    I did not receive payment advices due to factors other than those listed above. (Please explain)

    I certify under penalty of perjury that the information provided in this certification is true and correct to the best of my knowledge and belief.

    s/Richard A. Dinder
    Richard A. Dinder