# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: :
    RICHARD A. DINDER : Bankruptcy No. 20-12966
    JANET E. DINDER, : Chapter 13
     :
    Debtors :

## CERTIFICATION OF NO PAYMENT ADVICES

I, Richard A. Dinder hereby certify that within sixty (60) days before the date of filing the above-captioned bankruptcy petition, I did not receive payment advices (e.g. "pay stubs"), as contemplated by 11 U.S.C. §521(a)(1)(B)(iv), **from any source of employment.** I further certify that I received no payment advices during that period because:

    ____ I have been unable to work due to a disability throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

    _X_ I have received no regular income other than Social Security payments throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

    ____ My sole source of regular employment income throughout the sixty (60) days immediately preceding the date of the above-captioned petition has been through self-employment from which I do not receive evidence of wages or a salary at fixed intervals. (I receive commission checks - not on a regular basis)

    ____ I have been unemployed throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

    ____ I did not receive payment advices due to factors other than those listed above. (Please explain)

I certify under penalty of perjury that the information provided in this certification is true and correct to the best of my knowledge and belief.

    s/Janet E. Dinder
    Janet E. Dinder