UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>　　Richard A. Dinder<br>　　Janet E. Dinder<br><br>　　　　　　Debtors | Chapter 13<br>Bankruptcy No.20-12966-PMM |

## CERTIFICATE OF SERVICE

I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtors* filed in the above-referenced case has been served this 6th day of October, 2020, by first class mail upon those listed below:

Richard A. Dinder
Janet E. Dinder
7127 Hearth Lane
Macungie, PA  18062

**Electronically via CM/ECF System Only:**

DAVID S GELLERT, ESQ
1244 W HAMILTON STREET
STE 204
ALLENTOWN, PA  18102

　　　　　　　　　　　　　　　　　　　　　　/s/ Deborah A. Earnshaw
　　　　　　　　　　　　　　　　　　　　　　Deborah A. Earnshaw
　　　　　　　　　　　　　　　　　　　　　　for
　　　　　　　　　　　　　　　　　　　　　　Scott F. Waterman, Esquire
　　　　　　　　　　　　　　　　　　　　　　Standing Chapter 13 Trustee