**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: | : |
|    RICHARD A. DINDER | :    Chapter 13 |
|    JANET E. DINDER, | :    Bankruptcy No. 20-12966 pmm |
|          Debtor(s) | : |

## DEBTOR'S PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE WITHPOST PETITION OBLIGATIONS IN ACCORDANCE WITH 11 U.S.C. SECTIONS 1325(a)(8) and (a)(9)

I hereby certify as follows in connection with the confirmation hearing in the above case:

1. The above named Debtor has paid all post-petition amounts that are required to be paid under any and all Domestic Support Obligations.

2. The above named Debtors has filed all applicable federal, state, and local tax returns, as required by 11 U.S.C. Section 1308.

3. If the confirmation hearing is postponed for any reason and the information herein changes, I will provide an updated Certification to the Chapter 13 Trustee prior to any subsequent confirmation hearing.

Dated: October 20, 2020                                                     s/David S. Gellert
                                                                                David S. Gellert, Esquire

Dated: October 20, 2020                                                    s/Richard A. Dinder
                                                                                Richard A. Dinder