United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-12966-pmm |
| Richard A. Dinder | Chapter 13 |
| Janet E. Dinder | |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: Adminstra | Page 1 of 2 |
| Date Rcvd: Dec 03, 2020 | Form ID: 155 | Total Noticed: 29 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 05, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Richard A. Dinder, Janet E. Dinder, 7127 Hearth Lane, Macungie, PA 18062-9241 |
| 14519011 | + | Anes Spec. Bethlehem PC, P.O. Box 64500, Souderton, PA 18964-0500 |
| 14519013 | + | Boscov's, P.O. Box 15521, Wilmington, DE 19850-5521 |
| 14528532 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14519014 | + | Cetronia Ambulance, 4300 Broadway, Allentown, PA 18104-5296 |
| 14519017 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, Macy's, P.O. Box 8218, Mason, OH 45040 |
| 14565972 | + | David S. Gellert, Esquire, 1244 Hamilton Street, Suite 204, Allentown, PA 18102-4699 |
| 14519018 | + | PPL, 827 Hausman Road, Allentown, PA 18104-9392 |
| 14519019 | + | SECTV, 2260 Avenue A, Bethlehem, PA 18017-2108 |
| 14519020 | + | St. Lukes Health Network, 801 Ostrum Street, Bethlehem, PA 18015-1000 |
| 14519021 | + | T-Moibile, P.O. Box 742596, Cincinnati, OH 45274-2596 |
| 14523422 | + | TD Bank, N.A., c/o Schiller Knapp Lefkowitz, & Hertzel LLP, 950 New Loudon Road, Latham New York 12110-2100 |
| 14519023 | #+ | The Morning Call, 101 North Sixth Street, Allentown, PA 18101-1480 |
| 14519024 | + | Toyota Financial Services, P.O. Box 8508, Cedar Rapids, IA 52408-8508 |
| 14520520 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14521224 | + | Toyota Motor Credit Corporation, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14521404 | + | Toyota Motor Credit Corporation, C/O REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14519026 | + | Wells Fargo Bank, P.O. Box 40039, Roanoke, VA 24022-5039 |
| 14520447 | + | Wells Fargo Bank, N.A., 435 Ford Road, Suite 300, St. Louis Park, MN 55426-4938 |
| 14525920 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14519027 | + | Wells Fargo Card Services, P.O. Box 10347, Des Moines, IA 50306-0347 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14519012 | | Email/Text: bankruptcynotice@aspendental.com | Dec 04 2020 05:06:00 | Aspen Dental, 750 Krocks Road, Suite 206, Allentown, PA 18106 |
| 14534469 | | Email/Text: bnc-quantum@quantum3group.com | Dec 04 2020 05:07:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14519015 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 04 2020 04:18:21 | JC Penney, P.O. Box 981131, El Paso, TX 79998-1131 |
| 14519016 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 04 2020 05:06:00 | Kohl's, P.O. Box 3043, Milwaukee, WI 53201-3043 |
| 14538967 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 04 2020 04:18:24 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14519022 | | Email/Text: bankruptcy@td.com | | |

District/off: 0313-4                                   User: Adminstra                                   Page 2 of 2
Date Rcvd: Dec 03, 2020                               Form ID: 155                                       Total Noticed: 29

| | | Dec 04 2020 05:07:00 | TD Bank, P.O. Box 219, Lewiston, ME 04243 |
|---|---|---|---|
| 14538089 | + Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Dec 04 2020 04:16:37 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14519025 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Dec 04 2020 05:06:00 | Verizon, 500 Technology Drive Suite 300, Saint Charles, MO 63304-2225 |

TOTAL: 8

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 05, 2020                    Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 3, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DAVID S. GELLERT | |
| | on behalf of Joint Debtor Janet E. Dinder dsgatn@rcn.com  r46641@notify.bestcase.com |
| DAVID S. GELLERT | |
| | on behalf of Debtor Richard A. Dinder dsgatn@rcn.com  r46641@notify.bestcase.com |
| REBECCA ANN SOLARZ | |
| | on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | |
| | ECFMail@ReadingCh13.com |
| United States Trustee | |
| | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Richard A. Dinder and Janet E. Dinder
    Debtor(s)                                                Chapter: 13
                                                             Bankruptcy No: 20−12966−pmm

_____

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

    AND NOW, this 3rd Day of December, 2020 upon consideration of the plan submitted by
the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been
filed; and it appearing that:


    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation
hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other
applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid
before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                            Patricia M. Mayer
                                            Judge ,
                                            United States Bankruptcy Court

                                                                    32 − 26
                                                                    Form 155