# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
|    RICHARD A. DINDER | : | Bankruptcy No. 20-12966 pmm |
|    JANET E. DINDER, | : | |
| | : | Chapter 13 |
|    Debtor | : | |

### CERTIFICATION OF NO OBJECTION

AND NOW, this 28th day of December, 2020, David S. Gellert, Esquire, of David S. Gellert, P.C., attorney for the above-captioned Debtor, hereby certifies that no unresolved objection was filed or served on him with respect to the Notice dated December 3, 2020 of the filing of the Application for Compensation and Reimbursement of Expenses.

It is further certified that no other application for administrative expenses has been filed.

Dated: December 28, 2020

s/David S. Gellert  
David S. Gellert, Esquire  
David S. Gellert, P.C.  
1244 Hamilton Street, Suite 204  
Allentown, PA 8102  
610-776-7070 Fax: 610-776-7072  
dsgatn@rcn.com