United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                          Case No. 20-12966-pmm

Richard A. Dinder                                                                    Chapter 13

Janet E. Dinder

     Debtor(s)

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: Adminstra | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Dec 29, 2020 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 31, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Richard A. Dinder, Janet E. Dinder, 7127 Hearth Lane, Macungie, PA 18062-9241 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 31, 2020                              Signature:              /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 29, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DAVID S. GELLERT | on behalf of Joint Debtor Janet E. Dinder dsgatn@rcn.com r46641@notify.bestcase.com |
| DAVID S. GELLERT | on behalf of Debtor Richard A. Dinder dsgatn@rcn.com r46641@notify.bestcase.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

District/off: 0313-4                    User: Adminstra                    Page 2 of 2

Date Rcvd: Dec 29, 2020                 Form ID: pdf900                    Total Noticed: 1

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                       :
    RICHARD A. DINDER             :        Bankruptcy No. 20-12966 pmm
    JANET E. DINDER,             :        Chapter 13
          Debtors          :

## ORDER APPROVING COMPENSATION

Upon consideration of the Application for Compensation filed by David S. Gellert,

Esquire, of David S. Gellert, P.C., counsel for Debtors, and upon the Applicant's certification

that proper service has been made on all interested parties and upon the Applicant's certification

of no response,

It is hereby ORDERED that:

1. The Application is GRANTED.

2. Compensation is ALLOWED in favor of the Applicant in the amount of $2,282.50

and expenses in the amount of $347.40.

The Chapter 13 Trustee is authorized to distribute to the Applicant as an administrative

expense pursuant to 11 U.S.C. Section 11 U.S.C. Section 1326(b), 11 U.S.C. Section 507, 11

U.S.C. Section 503(b) and 11 U.S.C. Section 330(a)(4)(B), the allowed compensation set forth in

paragraph 2 less $1,310.00 which was paid by the Debtor pre petition, to the extent such

distribution is authorized under the terms of the confirmed chapter 13 plan.

BY THE COURT:

Dated: 12/29/20

*Patricia M. Mayer*
_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE