IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>RICHARD A. DINDER and,<br>JANET E. DINDER,<br>        Debtors,<br><br>TOYOTA MOTOR CREDIT CORPORATION,<br><br>        Movant,<br><br>    v.<br><br>RICHARD A. DINDER,<br>JANET E. DINDER, and<br>SCOTT F. WATERMAN, Trustee,<br>        Respondents. | Bankruptcy No. 20-12966-pmm<br><br>Chapter 13<br><br>Document No. |

NOTICE OF MOTION, RESPONSE DEADLINE, AND HEARING DATE

Toyota Motor Credit Corporation has filed a Motion for Relief from the Automatic Stay with the Court to life the automatic stay regarding the 2018 Toyota Camry, VIN# 4T1B11HKXJU560485.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1.  If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before **Friday, June 4, 2021**, you or your attorney must do **all** of the following:

(a)  file an answer explaining your position at:

Clerk, U.S. Bankruptcy Court
The Gateway Building
201 Penn Street, Suite 103
Reading, PA 19601

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

(b)  mail a copy to the movant's attorneys:

Keri P. Ebeck, Esquire
Bernstein-Burkley, P.C.
707 Grant Street
Suite 2200, Gulf Tower
Pittsburgh, PA  15219

2. If you or your attorney do not take these steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Honorable Patricia M. Mayer on **Tuesday, June 15, 2021 at 10:00 A.M.** in The Gateway Building, 201 Penn Street, Reading, PA 19601, 4th Floor Courtroom.

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at 610-208-5040 to find out whether the hearing has been cancelled because no one filed an answer.

Respectfully submitted,

BERNSTEIN-BURKLEY, P.C.

By: /s/ Keri P. Ebeck
Keri P. Ebeck, Esq.
PA I.D. # 91298
kebeck@bernsteinlaw.com
707 Grant Street
Suite 2200, Gulf Tower
Pittsburgh, PA 15219
Phone (412) 456-8112
Fax: (412) 456-8135

Counsel for Toyota Motor Credit Corporation

Dated: May 21, 2021