IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: <br><br> RICHARD A. DINDER and, <br> JANET E. DINDER, <br>     Debtors, <br><br> TOYOTA MOTOR CREDIT CORPORATION, <br><br>     Movant, <br><br>     v. <br><br> RICHARD A. DINDER, <br> JANET E. DINDER, and <br> SCOTT F. WATERMAN, Trustee, <br>     Respondents. | Bankruptcy No. 20-12966-pmm <br><br> Chapter 13 <br><br> Document No. |

CERTIFICATE OF SERVICE

    I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on the May 21, 2021, I served copies of the Motion for Relief from the Automatic Stay and Notice of Hearing upon the parties in interest in this proceeding, by first class U.S. Mail, postage prepaid or electronically via the court's CM/ECF system, at the following addresses:

| | |
|---|---|
| Richard A. Dinder <br> Janet E. Dinder <br> 7127 Hearth Lane <br> Macungie, PA 18062 | David S. Gellert <br> David S. Gellert PC <br> 1244 W. Hamilton Street, Suite 204 <br> Allentown, PA 18102 |

| | |
|---|---|
| Scott F. Waterman <br> 2901 St. Lawrence Ave. <br> Suite 100 <br> Reading, PA 19606 | Office of the U.S. Trustee <br> 200 Chestnut Street, Suite 502 <br> Philadelphia, PA 19106 |

    By: /s/ Keri P. Ebeck
    Keri P. Ebeck, Esq.
    PA I.D. # 91298
    kebeck@bernsteinlaw.com
    707 Grant Street
    Suite 2200, Gulf Tower
    Pittsburgh, PA 15219
    Phone (412) 456-8112
    Fax (412) 456-8135

    Counsel for Toyota Motor Credit Corporation