IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Bankruptcy No. 20-12966-pmm |
| RICHARD A. DINDER and, <br> JANET E. DINDER, <br>          Debtors, | Chapter 13 |
| | Document No. |
| TOYOTA MOTOR CREDIT CORPORATION, <br><br>          Movant, <br><br> v. <br><br> RICHARD A. DINDER, <br> JANET E. DINDER, and <br> SCOTT F. WATERMAN, Trustee, <br>          Respondents. | |

ORDER OF COURT

AND NOW, upon consideration of the foregoing Motion for Relief from the Automatic Stay, it is hereby ORDERED,

a. Relief from the Automatic Stay is granted as to the interest of Toyota Motor Credit Corporation in the 2018 Toyota Camry, VIN# 4T1B11HKXJU560485.

b. The stay provision of Fed. R. Bankr. P. 4001(a)(3) does not apply to this order

BY THE COURT:

*Patricia M. Mayer*

**Date: June 15, 2021**

Honorable Patricia M. Mayer
U.S. Bankruptcy Court Judge