United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-12966-pmm |
| Richard A. Dinder | Chapter 13 |
| Janet E. Dinder | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 15, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 17, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Richard A. Dinder, Janet E. Dinder, 7127 Hearth Lane, Macungie, PA 18062-9241 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Jun 17, 2021 | Signature: | /s/Joseph Speetjens |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 15, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DAVID S. GELLERT | |
| | on behalf of Joint Debtor Janet E. Dinder dsgatn@rcn.com r46641@notify.bestcase.com |
| DAVID S. GELLERT | |
| | on behalf of Debtor Richard A. Dinder dsgatn@rcn.com r46641@notify.bestcase.com |
| KERI P EBECK | |
| | on behalf of Creditor Toyota Motor Credit Corporation kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| REBECCA ANN SOLARZ | |
| | on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | |
| | ECFMail@ReadingCh13.com |
| United States Trustee | |
| | USTPRegion03.PH.ECF@usdoj.gov |

District/off: 0313-4 User: admin Page 2 of 2
Date Rcvd: Jun 15, 2021 Form ID: pdf900 Total Noticed: 1
TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: | Bankruptcy No. 20-12966-pmm |
|---|---|
| RICHARD A. DINDER and, <br> JANET E. DINDER, <br>           Debtors, <br><br> TOYOTA MOTOR CREDIT CORPORATION, <br><br>           Movant, <br><br> v. <br><br> RICHARD A. DINDER, <br> JANET E. DINDER, and <br> SCOTT F. WATERMAN, Trustee, <br>           Respondents. | Chapter 13 <br><br> Document No. |

ORDER OF COURT

AND NOW, upon consideration of the foregoing Motion for Relief from the Automatic Stay, it is hereby ORDERED,

a. Relief from the Automatic Stay is granted as to the interest of Toyota Motor Credit Corporation in the 2018 Toyota Camry, VIN# 4T1B11HKXJU560485.

b. The stay provision of Fed. R. Bankr. P. 4001(a)(3) does not apply to this order

BY THE COURT:

*Patricia M. Mayer*

**Date: June 15, 2021**

Honorable Patricia M. Mayer
U.S. Bankruptcy Court Judge