| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
### Chapter 13 Case No. 20-12966-PMM

Richard A. Dinder  
Janet E. Dinder  
7127 Hearth Lane  
Macungie  PA    18062

Petition Filed Date: 07/10/2020  
341 Hearing Date: 08/11/2020  
Confirmation Date: 12/03/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 09/15/2020 | $900.00 | | 09/23/2020 | $100.00 | | 10/13/2020 | $900.00 | |
| 11/09/2020 | $900.00 | | 12/14/2020 | $900.00 | | 01/11/2021 | $793.00 | |
| 02/09/2021 | $793.00 | | 03/08/2021 | $793.00 | | 04/12/2021 | $793.00 | |
| 05/10/2021 | $793.00 | | | | | | | |

**Total Receipts for the Period: $7,665.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $7,665.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | DAVID S GELLERT, ESQ | Attorney Fees | $1,319.90 | $1,319.90 | $0.00 |
| 1 | WELLS FARGO BANK NA<br>»»  001 | Unsecured Creditors | $19,482.31 | $2,862.40 | $16,619.91 |
| 2 | TOYOTA MOTOR CREDIT CORP<br>»»  002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | TD BANK NA<br>»»  003 | Unsecured Creditors | $11,752.73 | $1,726.74 | $10,025.99 |
| 4 | WELLS FARGO BANK NEVADA NA<br>»»  004 | Unsecured Creditors | $3,002.00 | $441.05 | $2,560.95 |
| 5 | BECKET & LEE, LLP<br>»»  005 | Unsecured Creditors | $1,087.36 | $159.74 | $927.62 |
| 6 | DEPARTMENT STORE NATIONAL BANK<br>»»  006 | Unsecured Creditors | $457.52 | $58.87 | $398.65 |
| 7 | DEPARTMENT STORE NATIONAL BANK<br>»»  007 | Unsecured Creditors | $2,759.09 | $405.37 | $2,353.72 |
| 8 | AMERICAN INFOSOURCE AS AGENT FOR<br>»»  008 | Unsecured Creditors | $75.63 | $0.00 | $75.63 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  009 | Unsecured Creditors | $552.29 | $71.08 | $481.21 |

Chapter 13 Case No. 20-12966-PMM

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $7,665.00 | Current Monthly Payment: | $793.00 |
| Paid to Claims: | $7,045.15 | Arrearages: | $372.00 |
| Paid to Trustee: | $590.34 | Total Plan Base: | $46,894.00 |
| Funds on Hand: | $29.51 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.