**UNITED STATES BANKRUPTCY COURT**
**FOR EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
|    RICHARD A. DINDER | : | Bankruptcy No. 20-12966 PMM |
|    JANET E. DINDER, | : | Chapter 13 |
| | : | |
|    Debtor(s) | : | |

## PRAECIPE TO CHANGE THE MAILING ADDRESS OF DEBTORS

Richard A. Dinder and Janet E. Dinder, by and through their counsel, David S. Gellert, Esquire, of David S. Gellert, P.C., requests that the mailing address of the above debtors be changed as follows:

c/o Kimberly Good
201 Rocky Slope Road
Apt. 1202
Greenville SC 29607

Respectfully submitted,

Dated: December 28, 2021

s/ David S. Gellert
David S. Gellert, Esquire
1244 Hamilton Street, Suite 204
Allentown, PA 18102
610-776-7070    Fax: 610-776-7072