# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
|    RICHARD A. DINDER | : | Chapter 13 |
|    JANET E. DINDER | : | |
| | : | Bankruptcy No. 20-12966 PMM |
|         Debtors | : | |

## ENTRY OF APPEARANCE

To the Clerk of the Court:

    Please enter my appearance as counsel on behalf of Richard A. Dinder and Janet E. Dinder, Debtors, in the above bankruptcy proceeding.

Dated: February 7, 2022          s/   David S. Gellert
                                                   David S. Gellert, Esquire
                                                   David S. Gellert, P.C.
                                                   Attorney for Debtors
                                                   3506 Perkiomen Avenue
                                                   Reading, PA 19606
                                                   (610) 779-8000
                                                   Fax: (610) 370-1393
                                                   dsgrdg@ptdprolog.net

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
|   RICHARD A. DINDER | : | Chapter 13 |
|   JANET E. DINDER | : | |
| | : | Bankruptcy No. 20-12966 PMM |
|         Debtors | : | |

## CERTIFICATE OF SERVICE

I, David S. Gellert, Esquire, hereby certify that I gave notice of the filing of my Entry of Appearance upon all interested parties listed below by electronic mail on February 7, 2022:

Scott F. Waterman, Esquire, Standing Chapter 13 Trustee, 2901 Saint Lawrence Avenue, Suite 100, Reading, PA 19606;

Office of the U. S. Trustee, 200 Chestnut Street, Suite 502, Philadelphia, PA 19106.

Dated:  February 7, 2022

    s/   David S. Gellert
David S. Gellert, Esquire
David S. Gellert, P.C.
Attorney for Debtors
3506 Perkiomen Avenue
Reading, PA 19606
(610) 779-8000
Fax: (610) 370-1393
dsgrdg@ptdprolog.net