United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-12966-pmm |
| Richard A. Dinder | Chapter 13 |
| Janet E. Dinder | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 3 |
| Date Rcvd: Mar 17, 2022 | Form ID: pdf900 | Total Noticed: 38 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

+++      Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e).

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 19, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | +++ | Richard A. Dinder, C/O Kimberly Good, 201 Rocky Slope Road, Apt. 1202, Greenville, SC 29607-3955 |
| jdb | +++ | Janet E. Dinder, C/O Kimberly Good, 201 Rocky Slope Road, Apt. 1202, Greenville, SC 29607-3955 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| 14519011 | + | Anes Spec. Bethlehem PC, P.O. Box 64500, Souderton, PA 18964-0500 |
| 14519014 | + | Cetronia Ambulance, 4300 Broadway, Allentown, PA 18104-5296 |
| 14565972 | #+ | David S. Gellert, Esquire, 1244 Hamilton Street, Suite 204, Allentown, PA 18102-4699 |
| 14519018 | + | PPL, 827 Hausman Road, Allentown, PA 18104-9392 |
| 14519019 | + | SECTV, 2260 Avenue A, Bethlehem, PA 18017-2108 |
| 14519020 | + | St. Lukes Health Network, 801 Ostrum Street, Bethlehem, PA 18015-1000 |
| 14519021 | + | T-Moibile, P.O. Box 742596, Cincinnati, OH 45274-2596 |
| 14523422 | + | TD Bank, N.A., c/o Schiller Knapp Lefkowitz, & Hertzel LLP, 950 New Loudon Road, Latham New York 12110-2190 |
| 14519024 | + | Toyota Financial Services, P.O. Box 8508, Cedar Rapids, IA 52408-8508 |
| 14521224 | + | Toyota Motor Credit Corporation, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14521404 | + | Toyota Motor Credit Corporation, C/O REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14519026 | + | Wells Fargo Bank, P.O. Box 40039, Roanoke, VA 24022-5039 |
| 14520447 | + | Wells Fargo Bank, N.A., 435 Ford Road, Suite 300, St. Louis Park, MN 55426-4938 |
| 14525920 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14519027 | + | Wells Fargo Card Services, P.O. Box 10347, Des Moines, IA 50306-0347 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 17 2022 23:48:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: taxclaim@countyofberks.com | Mar 17 2022 23:48:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Mar 17 2022 23:48:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14519012 | | Email/Text: bankruptcynotice@aspendental.com | Mar 17 2022 23:48:00 | Aspen Dental, 750 Krocks Road, Suite 206, |

Case 20-12966-pmm    Doc 53    Filed 03/19/22    Entered 03/20/22 00:27:51    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 17, 2022 | Form ID: pdf900 | Total Noticed: 38 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Allentown, PA 18106 |
| 14519013 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Mar 17 2022 23:48:00 | Boscov's, P.O. Box 15521, Wilmington, DE 19850-5521 |
| 14528532 | | Email/PDF: bncnotices@becket-lee.com | Mar 17 2022 23:56:57 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14519017 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 17 2022 23:56:48 | Macy's, P.O. Box 8218, Mason, OH 45040 |
| 14666875 | + | Email/Text: dsgrdg@ptdprolog.net | Mar 17 2022 23:48:00 | David S. Gellert, Esquire, David S. Gellert, P.C., 3506 Perkiomen Avenue, Reading, PA 19606-2711 |
| 14534469 | | Email/Text: bnc-quantum@quantum3group.com | Mar 17 2022 23:48:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14519015 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 17 2022 23:56:47 | JC Penney, P.O. Box 981131, El Paso, TX 79998-1131 |
| 14519016 | + | Email/Text: PBNCNotifications@peritusservices.com | Mar 17 2022 23:48:00 | Kohl's, P.O. Box 3043, Milwaukee, WI 53201-3043 |
| 14538967 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 17 2022 23:56:47 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14519022 | | Email/Text: bankruptcy@td.com | Mar 17 2022 23:48:00 | TD Bank, P.O. Box 219, Lewiston, ME 04243 |
| 14520520 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Mar 17 2022 23:48:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14648021 | | Email/PDF: bncnotices@becket-lee.com | Mar 17 2022 23:56:47 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14538089 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 17 2022 23:56:47 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14519025 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Mar 17 2022 23:48:00 | Verizon, 500 Technology Drive Suite 300, Saint Charles, MO 63304-2225 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14519023 | ##+ | The Morning Call, 101 North Sixth Street, Allentown, PA 18101-1403 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2022        Signature:    /s/Joseph Speetjens

District/off: 0313-4 User: admin Page 3 of 3
Date Rcvd: Mar 17, 2022 Form ID: pdf900 Total Noticed: 38

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 17, 2022 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| DAVID S. GELLERT | on behalf of Joint Debtor Janet E. Dinder dsgrdg@ptdprolog.net |
| DAVID S. GELLERT | on behalf of Debtor Richard A. Dinder dsgrdg@ptdprolog.net |
| KERI P EBECK | on behalf of Creditor Toyota Motor Credit Corporation kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Richard A. Dinder<br>    Janet E. Dinder<br><br>                    Debtors | Chapter 13<br><br>Bankruptcy No. 20-12966-PMM |

### ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtors' plan shall be refunded to the Debtors unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: March 17, 2022**

_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE